# Exhibit 1

 Lee County Property Appraiser

Tax Year 2014

Next Parcel Number   Previous Parcel Number   Tax Estimator   Tax Bills   Print

## Property Data

**STRAP: 13-45-26-05-00046.0180   Folio ID: 10479806**

| | | |
|---|---|---|
| **Owner Of Record** | **[ Tax Map Viewer ]** | **Image of Structure** |

### Owner Of Record

ESPINOSA JOSE R +
RODRIGUEZ LEONELA T/C
2614 54TH ST SW
LEHIGH ACRES FL 33976

### Site Address

2614 54TH ST SW
LEHIGH ACRES FL 33976

### Legal Description

LEHIGH ACRES UNIT 5 BLK 46 PB 15 PG 99 LOT 18

### Classification / DOR Code

SINGLE FAMILY RESIDENTIAL / 01



[ Pictometry Aerial Viewer ]



◀ Photo Date May of 2005 ▶

### Property Values (2014 Tax Roll)

| | |
|---|---|
| Just | 60,804 |
| Assessed | 60,804 |
| Portability Applied | 0 |
| Cap Assessed | 52,063 |
| Taxable | 25,000 |
| Cap Difference | 8,741 |

### Exemptions

| | |
|---|---|
| Homestead / Additional | 25,000 / 2,063 |
| Widow / Widower | 0 / 0 |
| Disability | 0 |
| Wholly | 0 |
| Senior | 0 |
| Agriculture | 0 |

### Attributes
(See Appraisal Details below for current values)

| | |
|---|---|
| Land Units Of Measure | LT |
| Units | 1.00 |
| Frontage | 80 |
| Depth | 136 |
| Total Number of Buildings | 1 |
| Total Bedrooms / Bathrooms | 3 / 2.0 |
| Total Living Area | 1,132 |
| 1st Year Building on Tax Roll | 2004 |
| Historic District | No |

| |
|---|
| **+**     **Taxing Authorities** |
| **+**     **Sales / Transactions** |
| **+**     **Building/Construction Permit Data** |
| **+**     **Parcel Numbering History** |
| **+**     **Location Information** |
| **+**     **Solid Waste (Garbage) Roll Data** |
| **+**     **Flood and Storm Information** |
| **+**     **Appraisal Details** |

TRIM (proposed tax) Notices are available for the following tax years
[ 2007 2008 2009 2010 2011 2012 2013 2014 ]

Previous Parcel Number   Next Parcel Number   New Query   Search Results   Home



About Us    Contact Us    Select Language ▼    Questions?    My Account    Search Site    PAY ONLINE

 Taxes |  Businesses |  Driver Licenses | Vehicles & Vessels | Hunting & Fishing | Other Services

View Cart    Checkout    Help

🖨 Printable Version

## Real Property Information    New Search

| Account | Tax Year | Status |
|---|---|---|
| 13-45-26-05-00046.0180 | 2013 | PAID |
| **Original Account** | **Book/Page** | |
| 13-45-26-05-00046.0180 | 4593/3128 | |

**Owner**

ESPINOSA JOSE R +
RODRIGUEZ LEONELA T/C

| Physical Address | Mailing Address |
|---|---|
| 2614 54TH ST SW | 2614 54TH ST SW |
| LEHIGH ACRES FL  33976 | LEHIGH ACRES FL  33976 |
| | USA |

**Legal Description**

LEHIGH ACRES UNIT 5 BLK 46 PB 15 PG 99 LOT 18

| **Outstanding Balance as of 6/22/2015** | **$0.00** |
|---|---|

| Values & Exemptions | |
|---|---|
| District | 048 |
| Market Assessed Value | $51,294 |
| Cap Assessed Value | $51,294 |
| Homestead Exemption Value | $26,294 |
| Taxable Value | $25,000 |
| | |
| Combined Tax & Assessment Amount | $731.57 |

### Ad Valorem Taxes

| Taxing Authority | Mill Rate | Assessed | Exempt | Taxable | Amount |
|---|---|---|---|---|---|
| LEE COUNTY GENERAL REVENUE | 4.1506 | 51,294 | 26,294 | 25,000 | $103.77 |
| PUBLIC SCHOOL - BY LOCAL BOARD | 2.2480 | 51,294 | 25,000 | 26,294 | $59.11 |
| PUBLIC SCHOOL - BY STATE LAW | 5.3500 | 51,294 | 25,000 | 26,294 | $140.67 |
| LEE COUNTY ALL HAZARDS - MSTU | 0.0693 | 51,294 | 26,294 | 25,000 | $1.73 |
| LEE COUNTY LIBRARY FUND | 0.5956 | 51,294 | 26,294 | 25,000 | $14.89 |
| LEE COUNTY UNINCORPORATED - MSTU | 0.8398 | 51,294 | 26,294 | 25,000 | $21.00 |
| LEHIGH ACRES LIGHT - MSTU | 0.4588 | 51,294 | 26,294 | 25,000 | $11.47 |
| SFL WATER MGMT-DISTRICT LEVY | 0.1685 | 51,294 | 26,294 | 25,000 | $4.21 |
| SFL WATER MGMT-EVERGLADE CONST | 0.0587 | 51,294 | 26,294 | 25,000 | $1.47 |
| SFL WATER MGMT-OKEECHOBEE LEVY | 0.1838 | 51,294 | 26,294 | 25,000 | $4.60 |
| LEE COUNTY HYACINTH CONTROL | 0.0291 | 51,294 | 0 | 51,294 | $1.49 |
| LEE COUNTY MOSQUITO CONTROL | 0.2520 | 51,294 | 0 | 51,294 | $12.93 |
| LEHIGH ACRES FIRE DISTRICT | 3.0000 | 51,294 | 0 | 51,294 | $153.88 |
| WEST COAST INLAND NAVIGATION DISTRICT | 0.0394 | 51,294 | 26,294 | 25,000 | $0.99 |

### Non-Ad Valorem Assessments

| Taxing Authority | Rate | Basis | Amount |
|---|---|---|---|
| LEE COUNTY SOLID WASTE ASSESSMENT | 1.0000 | VARIES | $173.07 |
| EAST COUNTY WATER CONTROL | 105.1500 | PER ACRE | $26.29 |

### Amount Due If Paid In

| Nov 2013 | Dec 2013 | Jan 2014 | Feb 2014 | Mar 2014 |
|---|---|---|---|---|
| $702.31 | $709.62 | $716.94 | $724.25 | $731.57 |

Additional Options:

- eNotify
- Tax Detail
- Payments Made
- All Unpaid Taxes
- Tax History
- Link to Property Appraiser's Tax Estimator

See also:     Property Appraiser     Clerk of Court

| Taxes | Businesses | Driver License | Vehicles & Vessels | Hunting & Fishing | Other Links |
|---|---|---|---|---|---|
| Real Estate Taxes | Guide & Application | Document Requirements | Application for Title | Residency Requirements | Career Opportunities |
| Tangible Taxes | Professionals | First Time Drivers | Florida Plates | Fishing Licenses | Related Links |
| Delinquent Taxes | Specialty Permits | Commercial Drivers | Florida Insurance | Hunting Licenses | Site Map |
| Certificate Sale | Fees & Exemptions | Fees | Helpful Links | Exemptions | Terms of Use |

*We're community active!*     *Follow us on Facebook!*

*Sign up for*     *eNotify*

Copyright 2014 Lee County Tax Collector, All Rights Reserved..

  

## Real Property Information

| Account | Tax Year | Status |
|---|---|---|
| 13-45-26-05-00046.0180 | 2014 | PAID |
| **Original Account** | **Book/Page** | |
| 13-45-26-05-00046.0180 | 4593/3128 | |

| Owner |
|---|
| ESPINOSA JOSE R +
RODRIGUEZ LEONELA T/C |

| Physical Address | Mailing Address |
|---|---|
| 2614 54TH ST SW
LEHIGH ACRES FL  33976 | 2614 54TH ST SW
LEHIGH ACRES FL  33976
USA |

| Legal Description |
|---|
| LEHIGH ACRES UNIT 5 BLK 46 PB 15 PG 99 LOT 18 |

| Outstanding Balance as of 6/22/2015 | $0.00 |
|---|---|

| Values & Exemptions | |
|---|---|
| District | 048 |
| Market Assessed Value | $60,804 |
| Cap Assessed Value | $52,063 |
| Homestead Exemption Value | $27,063 |
| Taxable Value | $25,000 |
| Combined Tax & Assessment Amount | $737.41 |

### Ad Valorem Taxes

| Taxing Authority | Mill Rate | Assessed | Exempt | Taxable | Amount |
|---|---|---|---|---|---|
| LEE COUNTY GENERAL REVENUE | 4.1506 | 52,063 | 27,063 | 25,000 | $103.77 |
| PUBLIC SCHOOL - BY LOCAL BOARD | 2.2480 | 52,063 | 25,000 | 27,063 | $60.84 |
| PUBLIC SCHOOL - BY STATE LAW | 5.1680 | 52,063 | 25,000 | 27,063 | $139.86 |
| LEE COUNTY ALL HAZARDS - MSTU | 0.0693 | 52,063 | 27,063 | 25,000 | $1.73 |
| LEE COUNTY LIBRARY FUND | 0.5956 | 52,063 | 27,063 | 25,000 | $14.89 |
| LEE COUNTY UNINCORPORATED - MSTU | 0.8398 | 52,063 | 27,063 | 25,000 | $21.00 |
| LEHIGH ACRES LIGHT - MSTU | 0.6103 | 52,063 | 27,063 | 25,000 | $15.26 |
| SFL WATER MGMT-DISTRICT LEVY | 0.1577 | 52,063 | 27,063 | 25,000 | $3.94 |
| SFL WATER MGMT-EVERGLADE CONST | 0.0548 | 52,063 | 27,063 | 25,000 | $1.37 |
| SFL WATER MGMT-OKEECHOBEE LEVY | 0.1717 | 52,063 | 27,063 | 25,000 | $4.29 |
| LEE COUNTY HYACINTH CONTROL | 0.0277 | 52,063 | 0 | 52,063 | $1.44 |
| LEE COUNTY MOSQUITO CONTROL | 0.2397 | 52,063 | 0 | 52,063 | $12.48 |
| LEHIGH ACRES FIRE DISTRICT | 3.0000 | 52,063 | 0 | 52,063 | $156.19 |
| WEST COAST INLAND NAVIGATION DISTRICT | 0.0394 | 52,063 | 27,063 | 25,000 | $0.99 |

### Non-Ad Valorem Assessments

| Taxing Authority | Rate | Basis | Amount |
|---|---|---|---|
| LEE COUNTY SOLID WASTE ASSESSMENT | 1.0000 | VARIES | $173.07 |
| EAST COUNTY WATER CONTROL | 105.1500 | PER ACRE | $26.29 |

### Amount Due If Paid In

| Nov 2014 | Dec 2014 | Jan 2015 | Feb 2015 | Mar 2015 |
|---|---|---|---|---|
| $707.91 | $715.29 | $722.66 | $730.04 | $737.41 |

Additional Options:

- eNotify
- Tax Detail
- Payments Made
- All Unpaid Taxes
- Tax History
- Link to Property Appraiser's Tax Estimator

Case 2:15-cv-00388-SPC-CM   Document 1-1   Filed 06/29/15   Page 6 of 6 PageID 11

See also:     Property Appraiser          Clerk of Court